# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/28/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Merced B. Vangelisman | |

FILED
Clerk
District Court

FEB -1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served upon Respondent U.S.A. at the Office of the U.S. District Attorney for the Districts of Guam and the NMI, Horiguchi Building, Garapan, Saipan, CNMI.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/08
             Date

Signature of Server

P.O. Box 501721, Saipan, MP 96950
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322


Pro se


IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS


JOHN S. PANGELINAN                                  Civil Action No. CV 08 0004

    Plaintiff,

v.


DAVID A. WISEMAN, ALEX R. MUNSON,
CRAIG N. MOORE, MARGARITA D.L.G.
WONENBERG, MELINDA N. BRUNSON,            SUMMONS IN A
JOSEPH AUTHER, DONALD HALL, WOLF           CIVIL CASE
CALVERT, GRAND JURORS 11 Thru 23,
JURORS 1 Thru 12, ROY E. ALEXANDER
ROBERT T. TORRES, LILLIAN A. TENORIO
and RUFO T. MAFNAS

    Defendants,


ANGELITO TRINIDAD, RONNIE PALOMO,
HERMAN TEJADA, ESPERANZA DAVID,
ANTONIO ALOVERA and UNITED STATES
OF AMERICA,

    Respondents.

_____

**TO:** **THE UNITED STATES DISTRICT ATTORNEY FOR THE DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS, THROUGH THE ASSISTANT UNITED STATES DISTRICT ATTORNEY FOR THE NORTHERN MARIANA ISLANDS, FOR RESPONDENT THE UNITED STATES OF AMERICA,** Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF *Pro se* JOHN S. PANGELINAN, P.O. BOX 501721, SAIPAN, MP 96950, an answer to the relevant and applicable portions of the complaint which is herewith served upon you, within FORTY (40) DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against United States of America for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **GALO L. PEREZ** | JAN 2 8 2008 |
| Clerk | Date |

*[signature]*