FILED
Clerk
District Court

FEB -1 2008

For The Northern Mariana Islands
By _____
(Deputy Clerk)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/31/08 |
| NAME OF SERVER (PRINT) Merced B. Pangelinan | TITLE |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. M. Wonenberg Place where served: at her house, Sadog Tase, Saipan, CNMI.
(A. Munson and D. Wiseman)

[✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: With Elvi Sarita, a 17-year live-in maid, for Defendant A. Munson; With Eva Capellian, an 11-year live-in maid, for D. Wiseman, defendant.

Service on A. Munson was on 1/29/08.

[ ] Returned unexecuted:

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/1/08
Date

Signature of Server

Address of Server: P.O. Box SD1721, Saipan, MP 96950

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN<br><br>    Plaintiff,<br><br>v.<br><br>DAVID A. WISEMAN, ALEX R. MUNSON, CRAIG N. MOORE, MARGARITA D.L.G. WONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, GRAND JURORS 11 Thru 23, JURORS 1 Thru 12, ROY E. ALEXANDER ROBERT T. TORRES, LILLIAN A. TENORIO and RUFO T. MAFNAS<br><br>    Defendants,<br><br>ANGELITO TRINIDAD, RONNIE PALOMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA and UNITED STATES OF AMERICA,<br><br>    Respondents. | Civil Action No. CV 08 0004<br><br><br><br><br><br>SUMMONS IN A<br>CIVIL CASE |

**TO:** DAVID A. WISEMAN, ALEX R. MUNSON, CRAIG N. MOORE, MARGARITA D.L.G. MONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, GRAND JURORS 1 Thru 23, and JURORS 1 Thru 12, all of Saipan, Commonwealth of the Northern Mariana Islands.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF *Pro se* JOHN S. PANGELINAN, P.O. BOX 501721, SAIPAN, MP 96950, an answer to the complaint which is herewith served upon you, within FORTY (40) DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
_____
Clerk

JAN 28 2008
_____
Date