FILED
Clerk
District Court

FEB -6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN, ) | Civil No. 08-0004 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER ASSIGNING |
| ) | CASE TO JUDGE JUAN |
| DAVID A. WISEMAN, *et al.*, ) | T. LIZAMA |
| ) | |
| Defendants ) | |
| _____) | |

IT IS ORDERED that this matter is assigned to the Honorable Juan T. Lizama for all purposes.[1]

DATED this 6th day of February, 2008.

_____
ALEX R. MUNSON
Judge

---

[1] Designated to serve as a Judge in this Court pursuant to 48 U.S.C. 1821(b)(2).

AO 72
(Rev. 08/82)