FILED
Clerk
District Court

FEB 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **Robert Tenorio Torres**
   **Attorney at Law**
2  P.O. Box 503758
   Saipan, MP 96950
3  Tel: (670) 234-7859

Attorney for Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, and
4  Antonio Alovera, Respondents

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>        Defendants.<br><br>ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and the UNITED STATES OF AMERICA,<br><br>        Respondents. | Case No. CV 08-0004<br><br>NOTICE OF MOTION TO DISMISS BY ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, AND ANTONIO ALOVERA ON GROUNDS OF RES JUDICATA; NOTICE OF MOTION FOR SANCTIONS; AND NOTICE OF MOTION FOR PRE-FILING INJUNCTION<br><br>Date: APR 1 7 2008<br>Time: 9:00 a.m.<br>Judge: |

TO:  John S. Pangelinan, Plaintiff pro se
     The Hon. Alex R. Munson, United States District Court Judge
     The Hon. David A. Wiseman, Superior Court Judge
     Craig N. Moore, Assistant United States Attorney
     Margarita D.L.G. Wonenberg; Melinda N. Brunson; Joseph
     Auther, Donald Hall, Wolfgang Calvert, Deputy U.S. Marshal;

Grand Jurors 11-23, Jurors 1-12, Roy E. Alexander, Robert T. Torres, Lillian A. Tenorio, Rufo T. Mafnas, and the United States of America, by and through the United States Attorney's Office

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Angelito Trinidad, Ronnie Palomo, Herman Tejada, Esperanza David, and Antonio Alovera have filed a motion pursuant to Fed. R. Civ.. P. 12(b)(6) to dismiss this any and all claims against them in this action; a motion for sanctions; and a motion for a pre-filing injunction. The Court will hold a hearing on Respondents' Motions on the above-referenced date and time.

These Motions to Dismiss, Motion for Sanctions, and Motion for a Pre-filing Injunction are based on the Memorandum of Points and Authorities filed contemporaneously herewith; the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 14th day of February, 2008.

/s/ _____
ROBERT TENORIO TORRES, ESQ.
Attorney for Respondents
Trinidad, Palermo, Tejada, David and Alovera

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859