Clerk
District Court

FEB 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera, Respondents

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>Defendants.<br><br>ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and the UNITED STATES OF AMERICA,<br><br>Respondents. | Case No. CV 08-0004<br><br>MOTION TO DISMISS BY ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA ON GROUNDS OF RES JUDICATA; MOTION FOR SANCTIONS; AND MOTION FOR PRE-FILING INJUNCTION<br><br>Date: APR 1 7 2008<br>Time: 9:00 a.m.<br>Judge: |

Pursuant to Fed. R. Civ. P. 12(b)(6), Respondents Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera, by and through counsel, hereby move the court to dismiss with prejudice

any and all claims against them asserted by the Plaintiff in this action. Pursuant to Fed R. Civ. P. Rule 11, 28 U.S.C. § 1927 and 42 U.S.C. 1988, moreover, Respondents move for an Order imposing sanctions against this Plaintiff and awarding them all costs and expenses incurred in connection with their response to the frivolous, meritless, and improper filing.  Finally, pursuant to 28 U.S.C. § 1651(a) and this court's inherent powers, Respondents move for an order enjoining Pangelinan from filing any further actions or papers in this court without first obtaining leave of this court.

These Motions are based on the affirmative defense of res judicata, the authority set forth in the Memorandum of Points and Authorities filed contemporaneously herewith; the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 14th day of February, 2008.

/s/ _____
ROBERT TENORIO TORRES, ESQ.
Attorney for Respondents
Trinidad, Palermo, Tejada,
David, and Alovera

**PLEASE TAKE NOTICE** that Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera have filed a motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss this any and all claims against them in this action; a motion for sanctions; and a motion for a pre-filing injunction. The Court will hold a hearing on Respondents' Motions on the above-referenced date and time.

The Motion to Dismiss, Motion for Sanctions, and Motion for a Pre-filing Injunction are based on the Memorandum of Points and Authorities filed contemporaneously herewith; the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 14th day of February, 2008.

/s/ _____
ROBERT TENORIO TORRES, ESQ.
Attorney for Respondents
Trinidad, Palermo, Tejada,
David and Alovera

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859