Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Roy E. Alexander and Rufo T. Mafnas

FILED
Clerk
District Court

FEB 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>　　　　　Defendants.<br><br>ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and the UNITED STATES OF AMERICA,<br><br>　　　　　Respondents. | Case No. CV 08-0004<br><br>NOTICE OF MOTION TO DISMISS BY ROY E. ALEXANDER AND RUFO T. MAFNAS PURSUANT TO RULE 12(b)(6)<br><br><br><br><br><br><br><br>Date: APR 1 7 2008<br>Time: 9:00 a.m.<br>Judge: |

TO:  John S. Pangelinan, Plaintiff pro se
　　　The Hon. Alex R. Munson, United States District Court Judge
　　　The Hon. David A. Wiseman, Superior Court Judge
　　　Craig N. Moore, Assistant United States Attorney
　　　Margarita D.L.G. Wonenberg; Melinda N. Brunson; Joseph
　　　Auther, Donald Hall, Wolfgang Calvert, Deputy U.S. Marshal;

1  Grand Jurors 11-23, Jurors 1-12, Robert T. Torres, Lillian A.
2  Tenorio, and the United States of America, by and through the
   United States Attorney's Office
3

4  ## NOTICE OF MOTION

5  **PLEASE TAKE NOTICE** that Roy E. Alexander and Rufo T.

6  Mafnas have filed a motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss

7  any and all claims against them in this action. The Court will hold a hearing

8  on the Motion on the above-referenced date and time.

9  The Motion to Dismiss is based on the Memorandum of Points and

10 Authorities filed contemporaneously herewith; the court's file in this case,

11 and such exhibits and testimony as may be introduced at the hearing of this

12 matter.

13 Respectfully submitted this 14th day of February, 2008.

14

15            /s/ [signature]
16 ──────────────────────────────
   ROBERT TENORIO TORRES, ESQ.
17 Attorney for Roy E. Alexander and Rufo T. Mafnas

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859