Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Roy E. Alexander and Rufo T. Mafnas

FILED
Clerk
District Court

FEB 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>Defendants.<br><br>ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and the UNITED STATES OF AMERICA,<br><br>Respondents. | Case No. CV 08-0004<br><br>MOTION TO DISMISS BY ROY E. ALEXANDER AND RUFO T. MAFNAS PURSUANT TO RULE 12(b)(6)<br><br><br>APR 17 2008<br>Date: _____<br>Time: 9:00 a.m.<br>Judge: |

Pursuant to Fed. R. Civ. P. 12(b)(6), Roy E. Alexander and Rufo T. Mafnas, by and through counsel, hereby move the court to dismiss with prejudice any and all claims against them asserted by the Plaintiff in this action.

1  This Motion is based on the authority set forth in the Memorandum of
2  Points and Authorities filed contemporaneously herewith; the court's file in
3  this case, and such exhibits and testimony as may be introduced at the
4  hearing of this matter.

Respectfully submitted this 14th day of February, 2008.

/s/ *[signature]*
_____
ROBERT TENORIO TORRES, ESQ.
Attorney for Roy E. Alexander
and Rufo T. Mafnas

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859

**PLEASE TAKE NOTICE** that Roy E. Alexander and Rufo T. Mafnas have filed a motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss any and all claims against them in this action. The Court will hold a hearing on said Motion on the above-referenced date and time.

This Motion to Dismiss is based on the Memorandum of Points and Authorities filed contemporaneously herewith; the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 14th day of February, 2008.

/s/ _____
ROBERT TENORIO TORRES, ESQ.
Attorney for Roy E. Alexander and
Rufo T. Mafnas

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859