Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Lillian A. Tenorio and Robert T. Torres, pro se

**FILED**
Clerk
District Court

FEB 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>　　　　Defendants.<br><br>ANGELITO TRINIDAD,<br>RONNIE PALERMO,<br>HERMAN TEJADA,<br>ESPERANZA DAVID,<br>ANTONIO ALOVERA, and<br>the UNITED STATES OF<br>AMERICA,<br><br>　　　　Respondents. | Case No. CV 08-0004<br><br>NOTICE OF MOTION TO DISMISS BY LILLIAN A. TENORIO AND ROBERT T. TORRES PURSUANT TO RULE 12(b)(6); AND NOTICE OF MOTION FOR SANCTIONS<br><br><br><br>Date: APR 1 7 2008<br>Time: 9:00 a.m.<br>Judge: |

TO:　John S. Pangelinan, Plaintiff pro se
　　　The Hon. Alex R. Munson, United States District Court Judge
　　　The Hon. David A. Wiseman, Superior Court Judge
　　　Craig N. Moore, Assistant United States Attorney
　　　Margarita D.L.G. Wonenberg; Melinda N. Brunson; Joseph

*Robert Tenorio Torres*
*Attorney at Law*
*P.O. Box 503758 - Saipan MP 96950*
*(670) 234-7859*

Auther, Donald Hall, Wolfgang Calvert, Deputy U.S. Marshal; Grand Jurors 11-23, Jurors 1-12, Roy E. Alexander, Rufo T. Mafnas, and the United States of America, by and through the United States Attorney's Office

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Lillian A. Tenorio and Robert T. Torres have filed a motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss any and all claims against them in this action and a Motion for Sanctions. The Court will hold a hearing on the Motions on the above-referenced date and time.

The Motion to Dismiss and Motion for Sanctions are based on the Memorandum of Points and Authorities filed contemporaneously herewith; the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 14th day of February, 2008.

/s/ _____
ROBERT TENORIO TORRES, ESQ.
Attorney for Lillian A. Tenorio and Robert T. Torres, pro se