Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Lillian A. Tenorio and Robert T. Torres, pro se

F I L E D
Clerk
District Court

FEB 1 5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>Defendants.<br><br>ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and the UNITED STATES OF AMERICA,<br><br>Respondents. | Case No. CV 08-0004<br><br>MOTION TO DISMISS BY LILLIAN A. TENORIO AND ROBERT T. TORRES PURSUANT TO RULE 12(b)(6) AND MOTION FOR SANCTIONS<br><br><br>Date: APR 1 7 2008<br>Time: 9:00 a.m.<br>Judge: |

Pursuant to Fed. R. Civ. P. 12(b)(6), Lillian A. Tenorio and Robert T. Torres, hereby move the court to dismiss with prejudice any and all claims against them asserted by the Plaintiff in this action. Pursuant to Fed R. Civ.

1 move for an Order imposing sanctions against this Plaintiff and awarding
2 them all costs and expenses incurred in connection with their response to
3 the frivolous, meritless, and improper filing.
4   .   These Motions are based on the authority set forth in the
5 Memorandum of Points and Authorities filed contemporaneously herewith;
6 the court's file in this case, and such exhibits and testimony as may be
7 introduced at the hearing of this matter.
8   Respectfully submitted this 14th day of February, 2008.

/s/ _____
ROBERT TENORIO TORRES, ESQ.
Attorney for Lillian A. Tenorio
and Robert T. Torres, pro se

**Robert Tenorio Torres**
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859

**PLEASE TAKE NOTICE** that Lillian A. Tenorio and Robert T. Torres have filed a motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss this any and all claims against them in this action and a motion for sanctions. The Court will hold a hearing on Respondents' Motions on the above-referenced date and time.

The Motion to Dismiss and Motion for Sanctions are based on the Memorandum of Points and Authorities filed contemporaneously herewith; the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 14th day of February, 2008.

          /s/ _____
          ROBERT TENORIO TORRES, ESQ.
          Attorney for Lillian A. Tenorio and
          Robert T. Torres, pro se