IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIAN ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>     Plaintiff<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>     Defendants.<br><br><br>ANGELITO TRINIDAD,<br>RONNIE PALERMO,<br>HERMAN TEJADA,<br>ESPERANZA DAVID,<br>ANTONIO ALOVERA, and<br>the UNITED STATES OF<br>AMERICA,<br>     Respondents. | Case No. CV 08-0004<br><br><br>**DECLARATION OF SERVICE** |

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case and that on the **15th** day of **February, 2008**, at **3.50 pm**, I personally served upon **JOHN S. PANGELINAN**, a true and correct copy of the:

[ ]   **Summons and Complaint for Foreclosure**

[ ]   Order dated_____, 200___.

[ X ]   Other (SPECIFY) <u>Notice of Motion to Dismiss by Lillian A. Tenorio and Robert T. Torres Pursuant to Rule 12(b)(6); and Notice of Motion for Sanctions, Motion to Dismiss by Lillian A. Tenorio and Robert T. Torres Pursuant to Rule 12(b)(6), Memorandum in Support of and Motion for Sanctions, Notice of Motion to Dismiss by Roy E. Alexander and Rufo T. Mafnas Pursuant to Rule 12(b)(6), Motion to Dismiss by Roy E. Alexander and Rufo T. Mafnas Pursuant to Rule 12(b)(6), Memorandum in Support of Motion to Dismiss by Roy Alexander and Rufo T. Mafnas Pursuant to Rule 12(b)(6), Notice of Motion to Dismiss by Angelito Trinidad, Rnnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera on Grounds of Res Judicata: Notice of Motion for Sanctions; and Notice of Motion for Pre-Filing Injunction, Motion to Dismiss by Angelito Trinidad, Rnnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera on Grounds of Res Judicata: Notice of Motion for Sanctions; and Notice of Motion for Pre-Filing Injunction, and Memorandum in Support of Motion to Dismiss by Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera on Grounds of Res Judicata; Motion for Sanctions; and Motion for Pre-Filing Injunction.</u>

SERVICE MADE AS FOLLOWS:

[X]  By delivering it to the aforesaid persons.

[ ]  By delivering it to the aforesaid person's resident, received

by,_____.

[ ]  By delivering it to _____, who is an

officer or managing agent of the above named individual or corporation.

The said service was made at: **his resident in Capitol Hill, Saipan.**

Service charge:    $_____.

Dated, this __18__ day of __February__, 2008.


　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　RAINALDO AGULTO - PROCESS SERVER