F I L E D
Clerk
District Court

FEB 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN, | Civil Action No. 08-0004 |
| Plaintiff, | |
| vs. | ORDER |
| DAVID A. WISEMAN, ALEX R. MUNSON, CRAIG N. MOORE, MARGARITA D.L.G. WONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, GRAND JURORS 11 Thru 23, JURORS 1 Thru 12, ROY E. ALEXANDER, ROBERT T. TORRES, LILLIAN A. TENORIO and RUFO T. MAFNAS, | |
| Defendants, | |
| ANGELITO TRINIDAD, RONNIE PALOMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA and UNITED STATES OF AMERICA, | |
| Respondents. | |

This case was assigned to me on February 6, 2008. After a review of the file I find I must recuse myself from this case.

DATED this 25th day of February, 2008.

Juan T. Lizama
Designated Judge

AO 72
(Rev. 08/82)