FILED
Clerk
District Court

FEB 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JOHN S. PANGELINAN,

    Plaintiff,

v.

DAVID A. WISEMAN, *et al.*,

    Defendants.
_____/

Civil Action No. 08-0004

**ORDER ASSIGNING CASE TO JUDGE FRANCES M. TYDINGCO-GATEWOOD**

IT IS ORDERED that this matter is assigned to the Honorable Frances M. Tydingco-Gatewood for all purposes.[1]

Dated: 2-20-08

*/s/ Alex R. Munson*
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

---

[1] Designated to serve as a Judge in this court pursuant to 48 U.S.C. § 1821(b)(2).

AO 72
(Rev. 08/82)