**JOHN S. PANGELINAN**
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

FILED
Clerk
District Court

FEB 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOHN S. PANGELINAN** ) | **Civil Action No. 08-0004** |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | |
| ) | |
| ) | |
| **DAVID A. WISEMAN, ALEX R. MUNSON,** ) | |
| **CRAIG N. MOORE, MARGARITA D.L.G.** ) | |
| **WONENBERG, MELINDA N. BRUNSON,** ) | |
| **JOSEPH AUTHER, DONALD HALL, WOLF** ) | |
| **CALVERT, GRAND JURORS 1 Thru 23,** ) | **CERTIFICATE** |
| **JURORS 1 Thru 12, ROY E. ALEXANDER** ) | **OF** |
| **ROBERT T. TORRES, LILLIAN A. TENORIO** ) | **SERVCICE** |
| **and RUFO T. MAFNAS** ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ) | |
| **ANGELITO TRINIDAD, RONNIE PALOMO,** ) | |
| **HERMAN TEJADA, ESPERANZA DAVID,** ) | |
| **ANTONIO ALOVERA and UNITED STATES** ) | |
| **OF AMERICA,** ) | |
| ) | |
| Respondents. ) | |
| ) | |

I certify that on February 26, 2008, I served Plaintiff's Objection to Motion to Dismiss Filed By Respondents Angelito Trinidad, Ronnie Palomo, Herman Tejada, Esperanza David, and Antonio Alovera; Motion to Dismiss Their Motion; and, Motion to Estop By Default and Entry of Default; and, Plaintiff's Opposition to Rule 12(b)(6), Fed.R.Civ.P., Motion to Dismiss Filed By Lillian A. Tenorio, Roy Alexander, Robert T. Torres and Rufo T. Mafnas, upon Wolf Calvert personally his copy and David A. Wiseman's, Alex R. Munson's, Craig N. Moore's, Margarita D.L.G. WonenBerg's, Melinda N. Brunson's, Joseph Auther's, Donald Hall's and the U.S. Attorney's Office's copy—Mr. Calvert assured me that he would deliver the papers to each above-named federal defendants and the U.S. Attorney's Office, and upon the above-named persons in Plaintiff's Objection and Opposition to their attorney, Robert T. Torres, by dropping their copy at their attorney's office: Plata Drive, Chalan Kiya, Saipan.

Dated this 29th day of February, 2008.

_____

John S. Pangelinan
Plaintiff, *pro se*