U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
C. SALVATORE D'ALESSIO, JR.
Senior Trial Attorney
VIRGINIA G. LAGO
Attorney Advisor
Constitutional Torts Staff
Virginia Bar No. 25017
P.O. Box 7146, Ben Franklin Station
Washington, DC  20044-7146
Facsimile: (202) 616-4314
Email: *Virginia.Lago@usdoj.gov*
Telephone: (202) 616-4328

    Attorneys for the Individual Federal Defendants,
    Alex R. Munson, David A. Wiseman, Craig Moore,
    Margarita D.L.G. Wonenberg, Melinda Brunson,
    Joseph Auther, Donald Hall and Wolf Calvert[1]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| John S. Pangelinan,<br><br>       Plaintiff,<br>v.<br><br>David A. Wiseman, et al.,<br><br>       Defendants. | **Civil Action No. 1:08-CV-04**<br><br>**Petition for Temporary Admission**<br>**to the Bar of the District Court** |

    COMES NOW Virginia G. Lago, an attorney with the Civil Division of the United States Department of Justice, and petitions this Court, pursuant to 28 U.S.C. § 517 and Local Rule 83.5.c (for attorneys employed by the United States), for temporary admission to practice before the Bar of this Court.  In support thereof, petitioner states as follows:

    1.    Petitioner's name is Virginia G. Lago.

    2.    Petitioner is currently employed by the United States as an attorney with the U.S. Department of Justice, Civil Division, Constitutional Torts Staff, in Washington, D.C.

---

[1] The filing of this petition for temporary admission should not be construed as a waiver of any personal defenses.  On the contrary, the federal defendants specifically reserve all of their defenses under Rule 12(b) of the Federal Rules of Civil Procedure.

3. Petitioner can be reached by telephone at (202) 616-4328 (voice mail takes a message if no one is available to answer). Petitioner's facsimile number is (202) 616-4314.

4. Petitioner's mailing address is:

> United States Department of Justice
> Civil Division, Torts Branch
> Constitutional Torts Staff
> P.O. Box 7146, Ben Franklin Station
> Washington, D.C. 20044

5. Petitioner's street address (for hand or express service deliveries only) is as follows: United States Department of Justice, Civil Division, Constitutional Torts Staff, 1425 New York Avenue, N.W., 8th Floor, Room 8146, Washington, D.C. 20005.

6. Petitioner's email address is: Virginia.Lago@usdoj.gov

7. Petitioner attended the Georgetown University Law Center from which she graduated in 1985.

8. Petitioner is a member in good standing of the Bar of the highest court of the State of Virginia in October, 1985.

9. Petitioner is also admitted to practice before, and a member in good standing, of the Bar of the United States Court of Appeals for the Fourth Circuit.

10. Petitioner seeks temporary admission, pursuant to 28 U.S.C. § 517 and Local Rule 83.5.c, as an attorney employed by the United States representing the individual federal defendants in the captioned action.

11. Petitioner also informs the Court that Senior Trial Attorney C. Salvatore D'Alessio, Jr., who is also assigned to this case and will be appearing in this matter, is likewise employed by the U.S. Department of Justice, Civil Division, Constitutional Torts Staff, and was previously granted *pro hac vice* admission to practice before this Court by Order dated April 2, 2004, in connection with Civil Action No. 1:04-CV-010 (D. N.M.I.).

12. Senior Attorney D'Alessio graduated from the Widener University School of Law in 1987. He is a member in good standing of the Bars of the highest courts of the State of New Jersey (admitted December 18, 1987) and the District of Columbia (admitted November 18, 1988). He is also a member in good standing of the Bar of the Supreme

Court of the United States (admitted January 13, 1998), and is a member in good standing of the Bar of the U.S. Court of Appeals for the Ninth Circuit (admitted December 8, 1998).

WHEREFORE, Petitioner respectfully petitions the Court for temporary admission to practice before the U.S. District Court for the Northern Mariana Islands while employed by the United States, in accordance with Local Rule 83.5.c.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

/s/ C. Salvatore D'Alessio, Jr.
C. SALVATORE D'ALESSIO, JR.
Senior Trial Attorney
Torts Branch, Constitutional Torts Staff

/s/ Virginia G. Lago
VIRGINIA G. LAGO
Attorney Advisor
Torts Branch, Constitutional Torts Staff

Attorneys for the federal defendants, Alex R. Munson, David A. Wiseman, Craig Moore, Margarita D.L.G. Wonenberg, Melinda Brunson, Joseph Auther, Donald Hall and Wolf Calvert

**Certificate of Service**

I hereby certify that on March 24, 2008, this Petition for Temporary Admission to the Bar of the District Court was filed electronically. Notice of this filing will be sent by e-mail to all parties registered to receive electronic filing by operation of the court's electronic filing system. Parties not indicated to have been electronically served on the Notice of Electronic Filing will be served with a paper copy of this filing via regular first class U.S. mail, postage prepaid. Parties may also access this filing through the court's Case Management (CM) / Electronic Case Filing (ECF) system.

Signed: *C. Salvatore D'Alessio, Jr.*