1  U.S. DEPARTMENT OF JUSTICE
   Civil Division, Torts Branch
2  C. SALVATORE D'ALESSIO, JR.
   Senior Trial Attorney
3  VIRGINIA G. LAGO
   Attorney Advisor
4  Constitutional Torts Staff
   Virginia Bar No. 25017
5  P.O. Box 7146, Ben Franklin Station
   Washington, DC  20044-7146
6  Facsimile: (202) 616-4314
   Email: *Virginia.Lago@usdoj.gov*
7  Telephone: (202) 616-4328

8     Attorneys for the Individual Federal Defendants,
      Alex R. Munson, David A. Wiseman, Craig Moore,
9     Margarita D.L.G. Wonenberg, Melinda Brunson,
      Joseph Auther, Donald Hall and Wolf Calvert

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

John S. Pangelinan,

    Plaintiff,

v.

David A. Wiseman, et al.,

    Defendants.

Civil Action No. 1:08-CV-04

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the **Petition for Temporary Admission to the Bar of the District Court** and its related Notice of Electronic Filing, has been furnished, via regular first class U.S. mail, postage prepaid, this 25th day of March, 2008 (E.D.T.), to:

John S. Pangelinan
P.O. Box 501721
Saipan, MP  96950

_____
Virginia G. Lago, Attorney-Advisor
Constitutional Torts Staff
U.S. Department of Justice
Washington, D.C.  20044-7146