FILED
Clerk
District Court

MAR 26 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

JOHN S. PANGELINAN, ) Civil No. 08-0004
)
Plaintiff )
)
v. ) ORDER GRANTING
) TEMPORARY ADMISSION
DAVID A. WISEMAN, *et al.*, ) TO VIRGINIA G. LAGO
)
Defendants )
_____)

PURSUANT TO 28 U.S.C. § 517 and Local Rule 83.5.c, and good cause appearing from the petition for temporary admission filed by Virginia G. Lago;

NOW, THEREFORE,

IT IS ORDERED that Virginia G. Lago be and hereby is admitted to the bar of this court for so long as she shall remain employed by the U.S. Department of Justice.

DATED this 25th day of March, 2008.

FRANCES TYDINGCO-GATEWOOD
Judge

AO 72
(Rev. 08/82)