IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIAN ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>      Plaintiff<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>      Defendants.<br><br>ANGELITO TRINIDAD,<br>RONNIE PALERMO,<br>HERMAN TEJADA,<br>ESPERANZA DAVID,<br>ANTONIO ALOVERA, and<br>the UNITED STATES OF<br>AMERICA,<br>      Respondents. | Case No. CV 08-0004<br><br>**DECLARATION OF SERVICE** |

    I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case and that on the **19th** day of **March, 2008**, I personally served upon all the Defendants and Respondents in the above-captioned matter, a true and correct copy of the:

[ ]  **Summons and Complaint for Foreclosure**

[ ]  Order dated_____, 200___.

[X] Other (SPECIFY) **REPLY OF ROY T. ALEXANDER AND RUFO T. MAFNAS TO OPPOSITION TO MOTION TO DISMISS PURSUANT TO RULE 12(b)(6). REPLY TO OBJECTION TO MOTION TO DISMISS BY ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN DAVID, ANTONIO ALOVERA ON GROUNDS OF RES JUDICATA; REPLY OF LILLIAN A. TENORIO AND ROBERT T. TORRES TO OPPOSITION TO RULE 12(b)(6) MOTION TO DISMISS.**

SERVICE MADE AS FOLLOWS:

[X]   By delivering it to the aforesaid persons.

[ ]   By delivering it to the aforesaid person's resident, received by,_____.

[ ]   By delivering it to _____, who is an officer or managing agent of the above named individual or corporation.

The said service was made at: **their respective work places, Saipan, CNMI.**

Service charge:   $_____.

Dated, this __19TH__ day of **March**, 2008.

_____/S/_____
SANDY C. LEON GUERRERO