```
                                              FILED
                                               Clerk
                                           District Court

                                           APR -- 2008

                                      For The Northern Mariana Islands
                                      By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN S. PANGELINAN, | ) | Civil No. 08-0004 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NOTICE OF CONSOLIDATION |
| | ) | OF MOTION HEARINGS and |
| DAVID A. WISEMAN, *et al.*, | ) | CHANGE IN HEARING DATES |
| | ) | |
| Defendants | ) | |

NOTICE IS HEREBY GIVEN that the motions of the non-federal defendants, presently set for hearing on April 17, 2008, and the motions of the federal defendants, presently set for hearing on April 24, 2008, have been consolidated into one hearing, and that hearing will be on **Wednesday, May 7, 2008, at 9:00 a.m.**, the Honorable Frances Tydingco-Gatewood, presiding.

DATED this 1st day of April, 2008.

CLERK OF COURT

By: _____
Tina P. Matsunaga
Deputy Clerk