LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam   96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN, | CIVIL CASE NO.  CV08-0004 |
| Plaintiff, | |
| vs. | **UNITED STATES' NOTICE OF MOTION TO DISMISS WITHOUT LEAVE TO AMEND** |
| DAVID A. WISEMAN, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that as soon as counsel may be heard, the United States, by and through its undersigned counsel, will bring on for hearing its Motion to Dismiss without Leave to Amend and Memorandum of Points and Authorities.

Respectfully submitted this 1st day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By  /s/ Jessica F. Cruz
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney
Jessica.F.Cruz@usdoj.gov

1