LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>DAVID A. WISEMAN, et al.,<br><br>            Defendants. | CIVIL CASE NO.  CV08-0004<br><br>**CERTIFICATE OF SERVICE** |

   I, Jessica Cruz, Assistant U. S. Attorney, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on April 2, 2008,  I caused to be served by certified mail a copy of the "United States' Notice of Motion to Dismiss Without Leave to Amend",  in Civil Case No. 08-0004, John S. Pangelinan vs. David Wiseman, et. al., to the following *pro se* of record:

   John S. Pangelinan
   P. O. Box 501721
   Saipan, MP 96950

//

//

1

//

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI


By  /s/ Jessica F. Cruz
    MIKEL W. SCHWAB
    Assistant U.S. Attorney
    JESSICA F. CRUZ
    Assistant U. S. Attorney
    Jessica.F.Cruz@usdoj.gov