LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID A. WISEMAN, et al.,<br><br>　　　　　Defendants. | CIVIL CASE NO.  CV08-0004<br><br>**CERTIFICATE OF SERVICE** |

　　　I, Jessica Cruz, Assistant U. S. Attorney, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on April 2, 2008, I caused to be served by certified mail a copy of the "United States' Motion to Dismiss Without Leave to Amend; Memorandum of Points and Authorities", in Civil Case No. 08-0004, <u>John S. Pangelinan vs. David Wiseman, et. al.</u>, to the following *pro se* of record:

　　　　　John S. Pangelinan
　　　　　P. O. Box 501721
　　　　　Saipan, MP 96950

//

//

1

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By  /s/ Jessica F. Cruz
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney
Jessica.F.Cruz@usdoj.gov

2