**JOHN S. PANGELINAN**
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

```
F I L E D
    Clerk
District Court

APR 1 : 2008

For The Northern Mariana Islands
By_____
        (Deputy Clerk)
```

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **JOHN S. PANGELINAN** | ) | **Civil Action No. 08-0004** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **DAVID A. WISEMAN, ALEX R. MUNSON,** | ) | **CERTIFICATE** |
| **CRAIG N. MOORE, MARGARITA D.L.G.** | ) | **OF** |
| **WONENBERG, MELINDA N. BRUNSON,** | ) | **SERVICE** |
| **JOSEPH AUTHER, DONALD HALL, WOLF** | ) | |
| **CALVERT, GRAND JURORS 1 Thru 23,** | ) | |
| **JURORS 1 Thru 12, ROY E. ALEXANDER** | ) | |
| **ROBERT T. TORRES, LILLIAN A. TENORIO** | ) | |
| **and RUFO T. MAFNAS** | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |
| **ANGELITO TRINIDAD, RONNIE PALOMO,** | ) | |
| **HERMAN TEJADA, ESPERANZA DAVID,** | ) | |
| **ANTONIO ALOVERA and UNITED STATES** | ) | |
| **OF AMERICA,** | ) | Date:  May 7, 2008 |
| | ) | Time: 9:00 a.m. |
| Respondents. | ) | Judge: Tydingco-Gatewood |
| | ) | |
| | ) | |

I, John S. Pangelinan, certify that on April 7, 2008, I delivered personally plaintiff Pangelinan's Opposition to Individual Federal Defendants' Rule 12(b) Motion to Dismiss Without Leave to Amend and his Notice of Objection to Appointment of Judge Frances M. Tydingco-Gatewood to Preside Over the Case, to the Office of the U.S. District Attorney, Third Floor, Horiguchi Building, Garapan, Saipan, and to the Law Offices of Robert T. Torres, Plata Drive, Chalan Kiya, Saipan, and served them upon individual Federal defendants' attorneys at the following mailing address:

U.S. Department of Justice
Civil Division, Tort Branch
C. Salvatore D'Alessio, Jr.
Senor Trial Attorney
P.O. Box 7146, Ben Franklyn Station
Washington, DC 20044-7146

Dated this 11th day of April, 2008.

John S. Pangelinan
Plaintiff, *pro se*