F I L E D
Clerk
District Court

APR 1 5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP  96950

Telephone No. (670) 322-0322

Pro se

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN S. PANGELINAN | ) | **Civil Action No. 08-0004** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DAVID A. WISEMAN, ALEX R. MUNSON, | ) | |
| CRAIG N. MOORE, MARGARITA D.L.G. | ) | |
| WONENBERG, MELINDA N. BRUNSON, | ) | **CERTIFICATE** |
| JOSEPH AUTHER, DONALD HALL, WOLF | ) | **OF** |
| CALVERT, GRAND JURORS 1 Thru 23, | ) | **SERVICE** |
| JURORS 1 Thru 12, ROY E. ALEXANDER | ) | |
| ROBERT T. TORRES, LILLIAN A. TENORIO | ) | |
| and RUFO T. MAFNAS | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |
| ANGELITO TRINIDAD, RONNIE PALOMO, | ) | |
| HERMAN TEJADA, ESPERANZA DAVID, | ) | |
| ANTONIO ALOVERA and UNITED STATES | ) | |
| OF AMERICA, | ) | Date:  May 7, 2008 |
| | ) | Time:  9:00 a.m. |
| Respondents. | ) | Judge: Tydingco-Gatewood |
| | ) | |
| | ) | |

I, John S. Pangelinan, plaintiff *pro se*, certify that on April 14, 2008, I personally delivered a copy of plaintiff's Objection to United States of America's Rule 12(b) Motion to Dismiss Without Leave to Amend to the law office of Robert T. Torres and served a copy upon the U.S. District Attorney's Office, as directed and witnessed by Marshal Hall, at its legal papers box, clerk of this court office, Horiguchi Building, Garapan, Saipan, and upon individual federal defendants at the following address: U.S. Department of Justice, Civil Division, Tort Branch, C. Salvatore D'Alessio, Jr., Senior Trial Attorney, P.O. Box 7146, Ben Franklyn Station, Washington, DC 20044-7146.

Dated this 15th day of April, 2008.

John S. Pangelinan
Plaintiff, *pro se*