CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Reply in Support of the Federal Defendants' Motion to Dismiss Without Leave to Amend and its related Notice of Electronic Filing, has been furnished, via regular first class U.S. mail, postage prepaid, this 23rd day of April, 2008 (E.D.T.), to the following:

John S. Pangelinan
P.O. Box 501721
Saipan, MP  96950

 

Virgina G. Lago
Attorney-Advisor
Constitutional Torts Staff
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 7146
Ben Franklin Station
Washington, D.C.  20044-7146
Telephone: (202) 616-4168
Facsimile: (202) 616-4314
E-Mail: Virginia.Lago@usdoj.gov