LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, et al.,<br><br>    Defendants. | CIVIL CASE NO. CV08-0004<br><br>**CERTIFICATE OF SERVICE** |

I, Jessica Cruz, Assistant U. S. Attorney, working in the U.S. Attorney's Office, in the Districts of Guam and Northern Mariana Islands, hereby certify that, on April 25, 2008, I caused to be served by certified mail a copy of the "Reply in Support of United States' Motion to Dismiss Without Leave to Amend; Motion for Enlargement of Time", in Civil Case No. 08-0004, John S. Pangelinan vs. David Wiseman, et. al., to the following *pro se* of record:

> John S. Pangelinan
> P. O. Box 501721
> Saipan, MP 96950

//

//

1

1  Dated this 25th day of April, 2008, Hagatna, Guam.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and NMI

                            By  /s/ Jessica F. Cruz
                                  MIKEL W. SCHWAB
                                  Assistant U.S. Attorney
                                  JESSICA F. CRUZ
                                  Assistant U. S. Attorney