JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

F I L E D
Clerk
District Court

APR 3 0 2008

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN<br><br>    Plaintiff,<br><br>v.<br><br><br>DAVID A. WISEMAN, ALEX R. MUNSON, CRAIG N. MOORE, MARGARITA D.L.G. WONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, GRAND JURORS 1 Thru 23, JURORS 1 Thru 12, ROY E. ALEXANDER ROBERT T. TORRES, LILLIAN A. TENORIO and RUFO T. MAFNAS<br><br>    Defendants,<br><br><br>ANGELITO TRINIDAD, RONNIE PALOMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA and UNITED STATES OF AMERICA,<br><br>    Respondents. | Civil Action No. 08-0004<br><br><br><br><br><br><br><br>CERTIFICATE<br>OF<br>SERVICE |

I, John S. Pangelinan, plaintiff *pro se*, certify that on April 25, 2008, I personally delivered a copy of plaintiff's *Ex Parte* Motion for Entry of Default Against Individual Federal Defendants Pursuant to Rule 55(a), Fed.R.Civ.P., to the law office of Robert T. Torres and served a copy upon the U.S. District Attorney's Office, as directed and witnessed by Marshal Hall, at its legal papers box, clerk of this court office, Horiguchi Building, Garapan, Saipan, and upon individual federal defendants at the following address: U.S. Department of Justice, Civil Division, Tort Branch, C. Salvatore D'Alessio, Jr., Senior Trial Attorney, P.O. Box 7146, Ben Franklyn Station, Washington, DC 20044-7146.

Dated this 30th day of April, 2008.

_____
John S. Pangelinan
Plaintiff, *pro se*