JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

F I L E D
Clerk
District Court

APR 3 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN ) | Civil Action No. 08-0004 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID A. WISEMAN, ALEX R. MUNSON, ) | DELARATION OF |
| CRAIG N. MOORE, MARGARITA D.L.G. ) | JOHN S. PANGELINAN |
| WONENBERG, MELINDA N. BRUNSON, ) | |
| JOSEPH AUTHER, DONALD HALL, WOLF ) | |
| CALVERT, GRAND JURORS 1 Thru 23, ) | |
| JURORS 1 Thru 12, ROY E. ALEXANDER ) | |
| ROBERT T. TORRES, LILLIAN A. TENORIO ) | |
| and RUFO T. MAFNAS ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ANGELITO TRINIDAD, RONNIE PALOMO, ) | |
| HERMAN TEJADA, ESPERANZA DAVID, ) | |
| ANTONIO ALOVERA and UNITED STATES ) | |
| OF AMERICA, ) | |
| ) | |
| Respondents. ) | |

3

I, John S. Pangelinan, hereby declare under penalty of perjury the following to be true:

1. I received in the mail my copy of individual federal defendants' Reply In Support of the Federal Defendants' Motion to Dismiss Without Leave to Amend on April 29, 2008.

2. In the envelop enclosed was a Certificate of Service made out by a Virginia G. Lago in regards to the individual federal defendants' Reply In Support of the Federal Defendants' Motion to Dismiss Without Leave to Amend. See, attached Exhibit "A".

Executed this 30th day of April, 2008.

_____
John S. Pangelinan
Plaintiff, *pro se*

4

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Reply in Support of the Federal Defendants' Motion to Dismiss Without Leave to Amend and its related Notice of Electronic Filing, has been furnished, via regular first class U.S. mail, postage prepaid, this 23rd day of April, 2008 (E.D.T.), to the following:

John S. Pangelinan
P.O. Box 501721
Saipan, MP 96950

                                                      /s/ Virginia G. Lago
                                               Virginia G. Lago
                                               Attorney-Advisor
                                               Constitutional Torts Staff
                                               U.S. Department of Justice
                                               Civil Division, Torts Branch
                                               Post Office Box 7146
                                               Ben Franklin Station
                                               Washington, D.C.  20044-7146
                                                Telephone: (202) 616-4168
                                                Facsimile: (202) 616-4314
                                                E-Mail: Virginia.Lago@usdoj.gov

*Exhibit "A"*