JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

F I L E D
Clerk
District Court

APR 30 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN<br><br>    Plaintiff,<br><br>v.<br><br>DAVID A. WISEMAN, ALEX R. MUNSON, CRAIG N. MOORE, MARGARITA D.L.G. WONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, GRAND JURORS 11 Thru 23, JURORS 1 Thru 12, ROY E. ALEXANDER ROBERT T. TORRES, LILLIAN A. TENORIO and RUFO T. MAFNAS<br><br>    Defendants,<br><br>ANGELITO TRINIDAD, RONNIE PALOMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA and UNITED STATES OF AMERICA,<br><br>    Respondents. | Civil Action No. 08-0004<br><br>MOTION FOR DECLARATORY JUDGMENT DECLARING THAT FEDERAL DEFENDANTS ARE NOT IMMUNE TO THIS LAWSUIT, DECLARING CIVIL ACTION NO. 97-0073 NULL AND VOID AND CRIMINAL ACTION NO.S 02-00016, 04-00015 & 06-00012 NULL AND VOID UNDER 28 U.S.C. §2201, AND FOR DECLARATORY RELIEF UNDER 28 U.S.C. §2202 AND FOR WRITS OF *CORAM NOBIS* VACATING, NULLIFYING and DISMISSING SAID CIVIL AND CRIMINAL CASES AND MOTION TO EXCEED PAGE LIMIT<br><br>Date: (Will be provided<br>Time:   as soon as it can<br>June:   be determined) |

## MOTION

      **COMES NOW,** JOHN S. PANGELINAN, the plaintiff and hereinafter referred to as "Pangelinan", and moves this Court, pursuant to Rule 56(a), Fed.R.Civ.P., for a declaratory judgment 1) declaring that Federal Defendants are not immune to this lawsuit, collectively or separately, for they acted or committed conducted in clear absence of all jurisdiction and could have reasonably known that what they did was contrary to clearly established law; 2) declaring *Trinidad, et al. v. Pangelinan, et al.*, Civil Action No. 97-0073, null and void under 28 U.S.C. §2201 and for declaratory relief vacating, nullifying and dismissing it under 28 U.S.C. §2202; and, 3) declaring criminal cases *USA v. Pangelinan*, Criminal Action No. 02-00016, *USA v. Pangelinan*, Criminal Action No. 04-00015, and *USA v. Pangelinan*, Criminal Action No. 06-00012, null and void all under 28 U.S.C. §2201 and for declaratory relief under 28 U.S.C. §2202 and for writs of *coram nobis* under 28 U.S.C. §1651 vacating, nullifying and dismissing each and every criminal case.

      Pangelinan further moves for leave pursuant to this Court's Local Rule 7.1,d. to file supporting memorandum exceeding twenty-five pages and waiver of the rule's requirements. As can be noted from the above, lots of sub-issues are needed to be addressed before arriving to the ultimate issues that are needed to be addressed and the legal conclusions that will drawn from them all. Pangelinan has already drafted his supporting memorandum and finds that leave and waiver are needed to be applied to this Court in this case for the motion to be properly presented and argued.

Pangelinan will further calendar and provide notice of the hearing of the above motion as soon as it can be determined and upon the grant by this Court of his motion.

Dated this 30th day of April, 2008.

                                                   John S. Pangelinan
                                                   Plaintiff, *pro se*