LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID A. WISEMAN, et al.,<br><br>　　　　Defendants. | CIVIL CASE NO. 1:08-CV-04<br><br>**UNITED STATES' OPPOSITION TO PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF DEFAULT AGAINST INDIVIDUAL FEDERAL DEFENDANTS PURSUANT TO RULE 55(a), FEDERAL RULES OF CIVIL PROCEDURE; CERTIFICATE OF SERVICE** |

COMES NOW, the UNITED STATES OF AMERICA, by and through its undersigned counsel, and hereby files its Opposition to Plaintiff's Ex Parte Motion for Entry of Default Against Individual Federal Defendants Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure ("Motion for Default," Document No. 49). The Motion for Default is a motion against the individual federal defendants. However, to the extent the Motion for Default concerns the United States, the United States objects and reserves all defenses.

WHEREFORE, to the extent the Motion for Default concerns the United States, the United States respectfully requests that this Court enter an Order denying Plaintiff's motion.

1

1  RESPECTFULLY SUBMITTED this 1st day of May, 2008.

2                            LEONARDO M. RAPADAS
   United States Attorney
3  Districts of Guam and NMI

4

   By  /s/ Jessica F. Cruz
5  MIKEL W. SCHWAB
   Assistant U.S. Attorney
6  JESSICA F. CRUZ
   Assistant U. S. Attorney

7

8

...

24

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 1, 2008, I electronically filed the **UNITED STATES' OPPOSITION TO PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF DEFAULT AGAINST INDIVIDUAL FEDERAL DEFENDANTS PURSUANT TO RULE 55(a), FEDERAL RULES OF CIVIL PROCEDURE; CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the registered participants, and I hereby certify that on May 1, 2008 I have mailed via U.S. Certified Mail, the document(s) to the following non-registered participants:

>John S. Pangelinan
>P. O. Box 501721
>Saipan, MP 96950

>LEONARDO M. RAPADAS
>United States Attorney
>Districts of Guam and NMI

>By /s/ Jessica F. Cruz
>JESSICA F. CRUZ
>Assistant U. S. Attorney
>Jessica.f.cruz@usdoj.gov

3