CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Response to Plaintiff's *Ex Parte* Motion for Entry of Default Against Individual Federal Defendants and its related Notice of Electronic Filing, has been furnished, via regular first class U.S. mail, postage prepaid, this 30th day of April, 2008 (E.D.T.), to the following:

John S. Pangelinan
P.O. Box 501721
Saipan, MP 96950

                                                     _____
                                                     Virginia G. Lago
                                                     Attorney-Advisor
                                                   Constitutional Torts Staff
                                                 U.S. Department of Justice
                                                 Civil Division, Torts Branch
                                                 Post Office Box 7146
                                                 Ben Franklin Station
                                                 Washington, D.C. 20044-7146
                                                  Telephone: (202) 616-4168
                                                  Facsimile: (202) 616-4314
                                                  E-Mail: Virginia.Lago@usdoj.gov