CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Response to Plaintiff's Motion to Strike Individual Federal Defendant's Reply and its related Notice of Electronic Filing, has been furnished, via regular first class U.S. mail, postage prepaid, this 30th day of April, 2008 (E.D.T.), to the following:

John S. Pangelinan
P.O. Box 501721
Saipan, MP  96950

                                                        */s/ Virginia G. Lago*
Virginia G. Lago
Attorney-Advisor
Constitutional Torts Staff
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 7146
Ben Franklin Station
Washington, D.C.  20044-7146
Telephone: (202) 616-4168
Facsimile: (202) 616-4314
E-Mail: Virginia.Lago@usdoj.gov