JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

F I L E D
Clerk
District Court

MAY - 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN ) | Civil Action No. 08-0004 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID A. WISEMAN, ALEX R. MUNSON, ) | |
| CRAIG N. MOORE, MARGARITA D.L.G. ) | |
| WONENBERG, MELINDA N. BRUNSON, ) | CERTIFICATE |
| JOSEPH AUTHER, DONALD HALL, WOLF ) | OF |
| CALVERT, GRAND JURORS 1 Thru 23, ) | SERVICE |
| JURORS 1 Thru 12, ROY E. ALEXANDER ) | |
| ROBERT T. TORRES, LILLIAN A. TENORIO ) | |
| and RUFO T. MAFNAS ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ANGELITO TRINIDAD, RONNIE PALOMO, ) | |
| HERMAN TEJADA, ESPERANZA DAVID, ) | |
| ANTONIO ALOVERA and UNITED STATES ) | |
| OF AMERICA, ) | |
| ) | |
| Respondents. ) | |

I, John S. Pangelinan, plaintiff *pro se*, certify that on April 30, 2008, I personally delivered a copy of plaintiff's 1) *Ex Parte* Motion to Strike From the Record the Filing of Federal Defendants of Their Reply In Support of Federal Defendants' Motion to Dismiss Without Leave to Amend, and attached Declaration of Pangelinan, and, 2) Motion for Declaratory Judgment Declaring that Federal Defendants Are Not Immune to This Lawsuit, Declaring Civil Acton No. 97-0073 Null and Void and Criminal Action No.s 02-00016, 04-00015 & 06-00012 Null and Void Under 28 U.S.C. §2201, and For Declaratory Relief under 28 U.S.C. §2202 and For Writs of *Coram Nobis* Vacating, Nullifying and Dismissing Said Civil and Criminal Cases and Motion to Exceed Page Limit, to the law office of Robert T. Torres and served a copy upon the U.S. District Attorney's Office, as witnessed by Marshal Calvert, at its legal papers box, clerk of this court office, Horiguchi Building, Garapan, Saipan, and upon individual federal defendants at the following address: U.S. Department of Justice, Civil Division, Tort Branch, C. Salvatore D'Alessio, Jr., Senior Trial Attorney, P.O. Box 7146, Ben Franklyn Station, Washington, DC 20044-7146.

Dated this 1st day of May, 2008.

_____
John S. Pangelinan
Plaintiff, *pro se*