JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

F I L E D
Clerk
District Court

MAY -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN S. PANGELINAN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID A. WISEMAN, ALEX R. MUNSON, CRAIG N. MOORE, MARGARITA D.L.G. WONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, GRAND JURORS 1 Thru 23, JURORS 1 Thru 12, ROY E. ALEXANDER ROBERT T. TORRES, LILLIAN A. TENORIO and RUFO T. MAFNAS<br><br>    Defendants,<br><br>ANGELITO TRINIDAD, RONNIE PALOMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA and UNITED STATES OF AMERICA,<br><br>    Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-0004<br><br>*EX PARTE* MOTION TO STRIKE FROM THE RECORD THE FILINGS BY PRIVATE DEFENDANTS AND RESPONDENTS OF THEIR REPLIES TO OPPOSTION TO PRIVATE DEFENDANTS' RULE 12 (b)(6) MOTIONS TO DISMISS AND TO OBJECTION TO PRIVATE RESPONDENTS' MOTION TO DISMISS ON GROUNDS OF RES JUDICATA |

**COMES NOW,** John S. Pangelinan, referred hereafter as "Pangelinan", and moves this court to strike from the record private defendants 1) Robert T. Torres's and Lillian A. Tenorio's Reply of Lillian A. Tenorio and Robert T. Torres to Opposition to Rule 12(b)(6) Motion to Dismiss, 2) Rufo T. Mafnas's and Roy E. Alexander's Reply of Roy E. Alexander and Rufo T. Mafnas to Opposition to Motion to Dismiss Pursuant to Rule 12(b)(6), and 3) private respondents Angelito Trinidad's, Ronnie Palermo's, Herman Tejada's, Esperanza David's, and Antonio Alovera's Reply to Objection to Motion to Dismiss by Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, Antonio Alovera on Grounds of Res Judicata, each filed and served on March 7, 2008, as the filing and service of each of the Reply was made one day too late and contrary to Local Rule 7.1, c.,3. of this Court: "The movant shall serve and file any reply to the opposition by the close of business (3:30 p.m.) no later than Thursday in the week following the week in which the opposition was filed." "As used in statutes, the word 'shall' is generally imperative or mandatory." Nat'l Assoc. of Homes v. Defenders, 168 L.Ed.2d 467 (2007). The record shows that each of the Reply was not timely filed and served on the last day it was supposed to be filed and served, which was Thursday, March 6, 2008. Rather, each Reply was filed and served on Friday, March 7, 2008— Pangelinan filed and served his opposition to their Rule 12(b)(6) motions and his objection to respondents' motion on February 26, 2008. This motion is made *ex parte* as this is strictly a procedural matter in setting the record right before hearing is made on their motions to dismiss scheduled for May 7, 2008. See docket entries on dates.

Dated this 1st day of May, 2008.

_____
John S. Pangelinan, Plaintiff, *pro se*

2