JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

FILED
Clerk
District Court

MAY -2 2008

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JOHN S. PANGELINAN,                            )    Civil Action No. 08-0004
                                               )
        Plaintiff,                             )
                                               )
v.                                             )
                                               )
                                               )
DAVID A. WISEMAN, ALEX R. MUNSON,              )    DELARATION OF
CRAIG N. MOORE, MARGARITA D.L.G.               )    JOHN S. PANGELINAN
WONENBERG, MELINDA N. BRUNSON,                 )
JOSEPH AUTHER, DONALD HALL, WOLF               )
CALVERT, GRAND JURORS 1 Thru 23,               )
JURORS 1 Thru 12, ROY E. ALEXANDER             )
ROBERT T. TORRES, LILLIAN A. TENORIO           )
and RUFO T. MAFNAS                             )
                                               )
        Defendants,                            )
                                               )
                                               )
ANGELITO TRINIDAD, RONNIE PALOMO,              )
HERMAN TEJADA, ESPERANZA DAVID,                )
ANTONIO ALOVERA and UNITED STATES              )
OF AMERICA,                                    )
                                               )
        Respondents.                           )
                                               )
_____    )

3

I, John S. Pangelinan, hereby declare under penalty of perjury the following to be true:

1. I received in the mail my copy of United States of America's Reply In Support of United States' Motion to Dismiss Without Leave to Amend; Motion for Enlargement of Time on May 2, 2008.

2. In the envelop enclosed was a Certificate of Service made out by a Jessica F. Cruz in regards to the United States of America's Reply In Support of United States' Motion to Dismiss Without Leave to Amend; Motion for Enlargement of Time. See, attached Exhibit "A".

Executed this 2nd day of May, 2008.

_____
John S. Pangelinan
Plaintiff, *pro se*

4

```
 1 | LEONARDO M. RAPADAS
   | United States Attorney
 2 | MIKEL SCHWAB
   | Assistant U.S. Attorney
 3 | JESSICA F. CRUZ
   | Assistant U.S. Attorney
   | Sirena Plaza, Suite 500
 4 | 108 Hernan Cortez Avenue
   | Hagåtña, Guam  96910
 5 | PHONE: (671) 472-7332
   | FAX:  (671) 472-7334
 6 | Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN, | CIVIL CASE NO. CV08-0004 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| DAVID A. WISEMAN, et al., | |
| Defendants. | |

I, Jessica Cruz, Assistant U. S. Attorney, working in the U.S. Attorney's Office, in the Districts of Guam and Northern Mariana Islands, hereby certify that, on April 25, 2008, I caused to be served by certified mail a copy of the "Reply in Support of United States' Motion to Dismiss Without Leave to Amend; Motion for Enlargement of Time", in Civil Case No. 08-0004, John S. Pangelinan vs. David Wiseman, et. al., to the following *pro se* of record:

John S. Pangelinan
P. O. Box 501721
Saipan, MP 96950

//

//

*Exhibit "A"*

1



Dated this 25th day of April, 2008, Hagatna, Guam.

                                                LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and NMI

                           By  /s/ Jessica Cruz
                                  MIKEL W. SCHWAB
                                  Assistant U.S. Attorney
                                  JESSICA F. CRUZ
                                  Assistant U. S. Attorney