JOHN S. PANGELINAN
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro se

FILED
Clerk
District Court

MAY -5 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN ) | Civil Action No. 08-0004 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID A. WISEMAN, ALEX R. MUNSON, ) | |
| CRAIG N. MOORE, MARGARITA D.L.G. ) | |
| WONENBERG, MELINDA N. BRUNSON, ) | CERTIFICATE |
| JOSEPH AUTHER, DONALD HALL, WOLF ) | OF |
| CALVERT, GRAND JURORS 1 Thru 23, ) | SERVICE |
| JURORS 1 Thru 12, ROY E. ALEXANDER ) | |
| ROBERT T. TORRES, LILLIAN A. TENORIO ) | |
| and RUFO T. MAFNAS ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ANGELITO TRINIDAD, RONNIE PALOMO, ) | |
| HERMAN TEJADA, ESPERANZA DAVID, ) | |
| ANTONIO ALOVERA and UNITED STATES ) | |
| OF AMERICA, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

I, John S. Pangelinan, plaintiff *pro se*, certify that on May 2, 2008, I personally delivered a copy of plaintiff's 1) *Ex Parte* Motion To Strike From The Record The Filings By Private Defendants and Respondents of Their Replies To Opposition To Private Defendants' Rule 12 (b)(6) Motions to Dismiss and To Objection to Private Respondents' Motion to Dismiss On Ground Of Res Judicata; and 2) *Ex Parte* Motion To Strike From The Record The Filing By United States of America's Motion to Dismiss Without Leave to Amend; Motion For Enlargement of Time, to the law office of Robert T. Torres and served a copy upon the U.S. District Attorney's Office, as witnessed by Court Security Officer Ray Agulto, at its legal papers box, clerk of this court office, Horiguchi Building, Garapan, Saipan, and upon individual federal defendants at the following address: U.S. Department of Justice, Civil Division, Tort Branch, C. Salvatore D'Alessio, Jr., Senior Trial Attorney, P.O. Box 7146, Ben Franklyn Station, Washington, DC 20044-7146.

Dated this 5th day of May, 2008.

*[signature]*
John S. Pangelinan
Plaintiff, *pro se*