Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Angelito Trinidad, Ronnie Palomo, Herman Tejada, Esperanza David, and Antonio Alovera, Respondents

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, et al,<br><br>  Defendants.<br><br>ANGELITO TRINIDAD, RONNIE PALOMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and the UNITED STATES OF AMERICA,<br><br>  Respondents. | Case No. CV 08-0004<br><br>OPPOSITION OF ANGELITO TRINIDAD, RONNIE PALOMO, HERMAN TEJADA, ESPERANZA DAVID, AND ANTONIO ALOVERA TO *EX PARTE* MOTION TO STRIKE REPLIES<br><br>Date: May 7, 2008<br>Time: 9 am<br>Judge: Tydingco-Gatewood |

John Pangelinan moves to strike the Reply of "Respondents" Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza

David and Antonio Alovera (the "Trinidad Plaintiffs") to his Objection to their Motion to Dismiss ex parte, on grounds that the Reply was filed and served one day too late. Pangelinan claims that because he filed his Opposition on February 26, 2008, the Reply should have been filed and served no later than the Thursday following: or by March 6, 2007. The Trinidad Plaintiffs' Reply pointed out that the court lacked subject matter jurisdiction to entertain Pangelinan's declaratory judgment claim and that Pangelinan had failed to oppose the Trinidad Plaintiffs' request for a pre-filing injunction.

To the extent that the Reply was untimely filed, the Trinidad Plaintiffs respectfully request the court to excuse the one day delay because it was short-lived, Pangelinan has not shown any prejudice, and there is no allegation that the Trinidad Plaintiffs acted in bad faith. *See Spencer v. Wal-Mart Stores, Inc.*, 203 Fed.Appx. 193 (10th Cir. 2006). Whether to excuse a late filing is within the court's discretion. *See Burnham v. Humphrey Hospitality Reit Trust, Inc.*, 403 F.3d 709, 712 (10th Cir.2005); see also Local Rule 7.1 (d) ("Failure to file briefs or memoranda within the time deadlines prescribed above *may* subject a party to a motion for summary disposition). Absent an allegation by the opposing party that it

1  suffered prejudice because of the delay or some showing that the
2  untimely filing has disrupted the judicial process, moreover, the court
3  generally allows such filings. *See, e.g., id.* (holding that party could
4  file brief approximately two months late).

5  Given the short delay and absence of prejudice, the Trinidad
6  Plaintiffs request that the court deny the motion to strike the reply
7  brief and that the court accept the Reply for submission.

Respectfully submitted this  6th  day of May, 2008.

/s/ *Robert T. Torres*
ROBERT T. TORRES, ESQ.
Attorney for Respondents
Trinidad, Palomo, Tejada, David and Alovera