MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CV-08-0004                                                                  May 7, 2008
                                                                            9:00 a.m.

**JOHN S. PANGELINAN -vs- DAVID A. WISEMAN, et al**

PRESENT:    Hon. Frances Tydingco-Gatewood, Designated Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Salvatore D'Allessio, Attorney for Defendants
            Robert Torres, Attorney for Defendants
            Jessica Cruz, Attorney for Defendant United States
            John S. Pangelinan, Plaintiff, Pro Se

PROCEEDINGS:

   Plaintiff's "Objection" to Designation of Judge Tydingco-Gatewood;
   Motion for Entry of Default Against Individual Federal Defendants;
   Motion to Strike Federal Defendant's Reply;
   Motion to Dismiss, for Sanctions, and for Entry of Pre-Filing Injunction, filed by non-federal defendants;
   Motion to Dismiss, Filed by Non-Federal Defendants Roy Alexander and Rufo Mafnas;
   Motion to Dismiss and for Sanctions, filed by Non-Federal Defendants Robert T. Torres and Lillian Tenorio;
   Motion to Dismiss Without Leave to Amend, filed by Federal Defendants David A. Wiseman, Alex R. Munson, Craig N. Moore, Jospeh Auther, Margarita Wonenberg, Melinda Brunson, Donald Hall and Wolf Calvert; and
   Motion to Dismiss Without Leave to Amend, filed by Defendant United States.

   Plaintiff was present pro se. Defendants were represented by Attorney Salvatore D'Allesio, Jr. for the Federal Defendants. Attorney Robert Torres for all Non-Federal Defendants and "Respondents" and Attorney Jessica Cruz for the United States.

   Mr. Pangelinan, appearing pro se, argued his objection regarding the designation of Judge Tydingco-Gatewood. Court, after hearing argument, ruled that the objection was not well-founded and DENIED the objection as to the assignment of Judge.

   Mr. Pangelinan objected to the appearance of Attorney D'Alessio. Court so noted and DENIED and overruled his objection.

   Mr. Pangelinan argued the Motion for Entry of Default Against Individual Federal Defendants and Motion to Strike Federal Defendant's Reply. Court DENIED the motion.

Case 1:08-cv-00004    Document 66    Filed 05/07/2008    Page 2 of 2

Further, Mr. Pangelinan objected to Attorney Cruz's appearance because no notice was given that she was appearing.  Court overruled the objection.

Attorney D'Alessio argued the Motion to Dismiss Without Leave to Amend, filed by Federal Defendants David A. Wiseman, Alex R. Munson, Craig N. Moore, Joseph Auther, Margarita Wonenberg, Melinda Brunson, Donald Hall and Wolf Calvert.   M r . Pangelinan argued on his own behalf.

Attorney Cruz argued the motion to Dismiss without Leave to Amend filed by Defendant United States.  Mr. Pangelinan argued on his on behalf.

Attorney Torres argued the motion to Dismiss for Sanctions filed by Non-Federal Defendants Robert T. Torres and Lillian Tenorio.  Mr. Pangelinan argued.

Attorney Torres argued the motion to Dismiss filed by Non-Federal Defendants Roy Alexander and Rufo Mafnas.  Mr. Pangelinan argued.

Attorney Torres argued the motion to Dismiss, for Sanctions, and for Entry of Pre-Filing Injunction, filed by Non-Federal Defendants Angelito Trinidad, Ronnie Palomo, Herman Tejada, Esperanza David and Antonio Alovera.  Mr. Pangelinan argued.

Court, after hearing argument, stated that the matters would be taken under advisement and that a written decision would be forthcoming.

Adjourned 11:25 a.m.

*/s/* K. Lynn Lemieux, Courtroom Deputy