FILED
Clerk
District Court

MAY -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN, ) | Civil No. 08-0004 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER DENYING |
| ) | "OBJECTIONS" TO |
| DAVID A. WISEMAN, *et al.*, ) | DESIGNATION AND |
| ) | ASSIGNMENT OF JUDGE |
| Defendants ) | |
| ) | |

Plaintiff has "objected" to the appointment of the undersigned to sit as a designated Judge of this Court, and to the assignment of this lawsuit to her by Chief Judge Munson.

To conserve the resources of the Court and the parties, the court denies Plaintiff's objections because they are not well-taken.

The undersigned was designated to sit as a Judge of this Court by Ninth Circuit Chief Judge Alex Kozinski, pursuant to the express language of 28 U.S.C. § 292(b).

AO 72
(Rev. 08/82)

That designation was dated December 28, 2007, and is effective for calendar year 2008. Designated Judges Wiseman and Lizama were designated that same day, pursuant to the express language of 48 U.S.C. § 1821(b)(2). Their designations are also effective for calendar year 2008.

As Chief Judge of this District, Judge Munson may assign cases to Designated Judges. Because both Judge Munson and Judge Wiseman are named as Defendants in this matter, he requested Judge Lizama to try the case. After reflection, Judge Lizama recused himself. His Order was filed February 25, 2008, and the matter was assigned to me, the only remaining Designated Judge of this Court, by Order dated February 20, 2008, but not filed until after Judge Lizama's Order of Recusal was received and filed by the Clerk of Court. The Order assigning the case to me was correct under the language of either statute referred to above.

Accordingly, Plaintiff's "Objections" are denied in their entirety and the court will not hear oral argument on them.

IT IS SO ORDERED.

DATED this 7th day of May, 2008.

FRANCES TYDINGCO-GATEWOOD
Judge