FILED
Clerk
District Court

MAY -8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,            ) | Civil No. 08-0004 |
| ) | |
| Plaintiff        ) | |
| ) | |
| v.                ) | ORDER TO SHOW CAUSE WHY |
| ) | JOHN S. PANGELINAN SHOULD |
| DAVID A. WISEMAN, ALEX R.      ) | NOT BE DECLARED A |
| MUNSON, CRAIG MOORE,           ) | VEXATIOUS LITIGANT AND |
| MARGARITA D.L.G. WONEN-        ) | BE SUBJECTED TO A PRE-FILING |
| BERG, MELINDA N. BRUNSON,      ) | ORDER AS TO ANY AND ALL |
| JOSEPH AUTHER, DONALD          ) | FUTURE FILINGS INVOLVED |
| HALL, WOLF CALVERT, LILLIAN    ) | WITH, OR DERIVED FROM, |
| A. TENORIO, ROBERT T.          ) | IN ANY WAY, CIVIL ACTION |
| TORRES, ROY ALEXANDER,         ) | NO. 97- 0073 |
| RUFO MAFNAS, ANGELITA          ) | |
| TRINIDAD, RONNIE PALERMO,      ) | |
| HERMAN TEJADA, ESPERANZA       ) | |
| DAVID, ANTONIO ALOVERA,        ) | |
| and UNITED STATES OF           ) | |
| AMERICA,                       ) | |
| ) | |
| Defendants    ) | |
| _____) | |

AO 72
(Rev. 08/82)

IT IS HEREBY ORDERED that John S. Pangelinan shall have until 3:30 p.m., Thursday, May 22, 2008, to file, if he so chooses, a declaration under oath and a memorandum of law to show cause why he should not be declared to be a vexatious litigant in regards to D.N.M.I. Civil Action No. 97-0073 and any and all matters related to or deriving from said Civil Action.[1] Any Defendants named above may, but are not required to, file a memorandum of law by 3:30 p.m., Thursday, May 29, 2008.

The court will decide the matter without hearing oral argument from any party, unless it decides that oral argument would be useful to its decision-making, in which case a hearing will be scheduled.

DATED this 8th day of May, 2008.

FRANCES TYDINGCO-GATEWOOD
Judge

---

[1] Including, but not limited to, the records and files in all these matters: *Angelito Trinidad, et al. v. John S. Pangelinan, et al.*, No. 97-0073 (D. N.M.I.), and its numerous related appeals, 32 Fed.Appx. 357 (C.A.9 (N.M.I.)), Numbers 00-15697, 00-15705, 00-16630, 01-16622, and 54 Fed.Appx. 470 (C.A.9 (N.M.I.)), No. 02-16013; the first civil damages action filed against Chief Judge Munson, among others, by the plaintiff, *Pangelinan v. Munson, et al.*, D.C. No. CV-02-0025 (D. N.M.I.), and its related appeals, 54 Fed.Appx. 472 (C.A.9 (N.M.I.)), No. 02-16884; and the second damages action filed against Chief Judge Munson, among others, by the plaintiff, *Pangelinan v. Munson, et al.*, D.C. No. 1:04-CV-0010 (D. N.M.I.), *United States v. Pangelinan*, 250 Fed.Appx. 826 (9th Cir. 2007), and this lawsuit.