John S. Pangelinan
P.O. Box 501721
Saipan, MP 96950

Tel. # (670) 322-0322

Pro se

```
FILED
Clerk
District Court

MAY 20 2008

For The Northern Mariana Islands
By_____
       (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN<br>Plaintiff,<br><br>v.<br><br>DAVID A. WISEMAN, et al.<br><br>Defendants & Respondents. | Civil Action No. 08-0004<br><br>Certificate of Service |

    I, John S. Pangelinan, plaintiff pro se, certify that on May 14, 2008, I personally delivered a copy of plaintiff's Consolidated Motion for Reconsideration and Withdrawal, pursuant to Rules 59 or 60(b), All Orders of This Court Issued on May 07 & 08, 2008; Notice of Hearing; Memorandum In Support of the Motion to the law office of Robert T. Torres and served a copy upon the U.S. District Attorney's Office, as witnessed by ~~Diego~~ Diego Dela Cruz, Court Security Officer, at its legal papers

-1-

box, clerk of this court office, Horiguchi Building, Garapan, Saipan, and upon individual federal defendants at the following address: U.S. Department of Justice, Civil Division, Tort Branch, C. Salvatore D'Alessio, Jr., Senior Trial Attorney, P.O. Box 7146, Ben Franklin Station, Washington, DC 20044-7146.

Dated this 19th day of May, 2008.

_____
John S. Pangelinan, Plaintiff pro se