F I L E D
Clerk
District Court

MAY 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>            Plaintiff<br><br>v.<br><br>DAVID A. WISEMAN, ALEX R. MUNSON, CRAIG MOORE, MARGARITA D.L.G. WONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, LILLIAN A. TENORIO, ROBERT T. TORRES, ROY ALEXANDER, RUFO MAFNAS, ANGELITA TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and UNITED STATES OF AMERICA,<br><br>            Defendants | Civil No. 08-0004<br><br>ERRATA TO ORDER DENYING PLAINTIFF'S "CONSOLIDATED MOTION FOR RECONSIDERATION AND WITHDRAWAL, PURSUANT TO RULES 59 OR 60(b), ALL ORDERS OF THIS COURT ISSUED ON MAY 07 & 08, 2008" |

AO 72
(Rev. 08/82)

Page 3, line 19, of this Order should say, **Friday, May 23, 2008, at 3:30 p.m.**, not Friday, May 22, 2008.

DATED this 21st day of May, 2008.

CLERK OF COURT

By: _____
Deputy Clerk