John S. Pangelinan
P.O. Box SC 1721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro Se

FILED
Clerk
District Court

MAY 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. WISEMAN, et al.<br><br>Defendants. | Civil Action No. 08-0004<br><br>Certification of Non-Order of Transcript Pursuant to FRAP 10(b)(1)(B) |

I, John S. Pangelinan, certify pursuant to FRAP 10(b)(1)(B) that no transcript will be ordered from the Court Reporter.

Dated this 27th day of May, 2008.

_____
John S. Pangelinan, Plaintiff-Appellant pro se