Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera, Respondents

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN, | Civil No. CV 08-0004 |
| Plaintiff, | |
| vs. | |
| DAVID A. WISEMAN, ALEX R. MUNSON, GRAIG MOORE, MARGARITA L.L.G. WONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, LILLIAN A. TENORIO, ROBERT T. TORRES, ROY ALEXANDER, RUFO MAFNAS, ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and UNITED STATES OF AMERICA | SUBMISSION OF ATTORNEYS' FEES AND COSTS BY NON-FEDERAL DEFENDANTS |
| Defendants. | |

I, Robert T. Torres, Attorney for Defendants, Lillian A. Tenorio, Roy Alexander, Rufo Mafnas, Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David and Antonio Alovera in the above caption matter, under penalty of perjury, do hereby declare that the following listing of reasonable attorneys' fees and costs in this case is true and submitted as follows:

1. Attorneys' fees (14.25 hours x 175 per hr).....................$2,481.25

2. Associate Counsel fees (11.00 hrs x 150.00 per hr).......$1,650.00

3. Paralegal fees (28 hours x $90 per hour).......................$2,520.00

4. Administrative fees (2.50 hrs x $20.00 per hr)...............$    50.00

5. Service of Process fees................................................$    25.00

6. Photocopy copy charges..............................................$   257.00

7. Westlaw Usage charges................................................$    63.75

Total................................................................................$7,047.00

Respectfully submitted this 22th day of May, 2008.


                                                            /s/
                                                ROBERT T. TORRES, ESQ.

Robert Tenorio Torres
Attorney at Law
P.O. Box 503758 - Saipan MP 96950
(670) 234-7859