U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
C. SALVATORE D'ALESSIO, JR.
Senior Trial Attorney
VIRGINIA G. LAGO
Attorney Advisor
Constitutional Torts Staff
Virginia Bar No. 25017
P.O. Box 7146, Ben Franklin Station
Washington, DC  20044-7146
Facsimile: (202) 616-4314
Email: *Virginia.Lago@usdoj.gov*
Telephone: (202) 616-4328

    Attorneys for the Individual Federal Defendants,
    Alex R. Munson, David A. Wiseman, Craig Moore,
    Margarita D.L.G. Wonenberg, Melinda Brunson,
    Joseph Auther, Donald Hall and Wolf Calvert

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| John S. Pangelinan,<br><br>    Plaintiff,<br>v.<br>David A. Wiseman, et al.,<br><br>    Defendants. | Civil Action No. 1:08-CV-04<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that a copy of the Federal Defendants' Memorandum in Response to this Court's Order to Show Cause and their related Notice of Electronic Filing, has been furnished, via regular first class U.S. mail, postage prepaid, this 28th day of May, 2008 (E.D.T.), to:

John S. Pangelinan
P.O. Box 501721
Saipan, MP  96950

                              */s/ Virginia G. Lago*
                              Virginia G. Lago, Attorney-Advisor
                              Constitutional Torts Staff
                              U.S. Department of Justice
                              Washington, D.C.  20044-7146