Robert Tenorio Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859

Attorney for Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera, Respondents

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. WISEMAN, ALEX R. MUNSON, GRAIG MOORE, MARGARITA L.L.G. WONENBERG, MELINDA N. BRUNSON, JOSEPH AUTHER, DONALD HALL, WOLF CALVERT, LILLIAN A. TENORIO, ROBERT T. TORRES, ROY ALEXANDER, RUFO MAFNAS, ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, ANTONIO ALOVERA, and UNITED STATES OF AMERICA<br><br>Defendants. | Civil No. CV 08-0004<br><br>AMENDED SUBMISSION OF ATTORNEYS' FEES AND COSTS BY NON-FEDERAL DEFENDANTS |

I, Robert T. Torres, Attorney for Defendants, Lillian A. Tenorio, Roy Alexander, Rufo Mafnas, Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David and Antonio Alovera in the above caption matter, do hereby submit to this Court the amended submission of reasonable attorney's fees and costs by Non-Federal Defendants submitted as follows:

1. Attorneys' fees (14.25 hours x 175 per hr)....................$2,481.25
   (Please see attached exhibit "A")

2. Associate Counsel fees (11.00 hrs x 150.00 per hr).......$1,650.00
   (Please see attached exhibit "B")

3. Paralegal fees (28 hours x $90 per hour)[1].......................$2,520.00
   (Please see attached exhibit "C")

4. Administrative fees (2.50 hrs x $20.00 per hr)...............$   50.00

5. Service of Process fees ($25.00 per svc x 1 time svc)... $   25.00

6. Photocopy copy charges (.50 cents per page x 514pgs).$  257.00

7. Westlaw Usage charges................................................$   63.75

Total...............................................................................$7,047.00

Respectfully submitted this <u>30th</u> day of May, 2008.

---

[1] Counsel for the Non-Federal Defendants use the services of a contract paralegal at a lower rate for all legal research and drafting, as directed by and as supervised by counsel and associate counsel. Counsel's paralegal has performed legal research in this matter for the past few years and is familiar with the issues and history of the case. As to qualifications, the paralegal holds a Juris Doctorate degree from an ABA accredited law school but is not currently practicing law. The paralegal has worked in the CNMI for several years as a teacher and previously worked as a law clerk for former Superior Court Judge Timothy Bellas.

/s/
_____
ROBERT T. TORRES, ESQ.