Trinidad vs. Wiseman
Civil No. 08-0004
Robert T. Torres Fees

| DATE | STAFF | T/E | DESCRIPTION | DUR/QTY | AMOUNT |
|---|---|---|---|---|---|
| 1/29/2008 | Robert | Time | Review of Complaint by John Pangelinan. | 0.50 | $75.00 |
| 1/29/2008 | Robert | Time | E-mailed Mr. Rotbart regarding Summons and Complaint filed in District Court. | 0.50 | $87.50 |
| 1/29/2008 | Robert | Time | Brief Conference with Paralegal and Associate Counsel regarding assignment of research in this matter. Also reviewed e-mail from Paralegal regarding Premilinary fundings on this matter. | 0.50 | $87.50 |
| 2/5/2008 | Robert | Time | Review of DRAFT MOTIONS with comments | 0.50 | $87.50 |
| 2/14/2008 | Robert | Time | Review of FINAL DRAFT OF MEMORANDUM/ MOTION TO DISMISS for Roy Alexander/ Rufo Mafnas | 0.50 | $87.50 |
| 2/14/2008 | Robert | Time | DRAFT E-MAIL to Espie/ Lito re: Chalan Kiya lot and re: motions filing on motions filing on motions to dismiss and pre-filing injunction. | 0.50 | $43.75 |
| 2/26/2008 | Robert | Time | Review of OPPOSITION and OBJECTION filed by John S. Pangelinan re: Motions | 0.75 | $131.25 |
| 2/28/2008 | Robert | Time | Reviewed Notice of Motion and Motion to Dismiss Without Leave to Amend filed on Behalf of the Individual Federal Defendants, Memorandum in support of Motion to Dismiss complaint without Leave to Amend Filed on Behalf on the individual Federal Defendants, Certificate of Service, Petition for Temporary Admission to the Bar of the District Court, Memorandum in Support of Motion to Dismiss the Complaint wiothout leave to amend Filed on Behalf of the Federal Defendants and Notice of Consolidation of Motion Hearings and Change in the Hearing Date. Review Order Granting Temporary Admisions to Virginia G. Lago | 0.75 | $131.25 |
| 4/16/2008 | Robert | Time | Review of Notice of Objection to appointment of Frances M. Tydingco-Gatewood to preside over the case. Certificate of Service, Opposition to individual Federal Defendants' Rule 12 (b) Motion to Dismiss without leave to amend. | 0.50 | $87.50 |
| 4/25/2008 | Robert | Time | Review of Ex Parte Motion for Entry of Default Against Individual Federal Defendants Pursuant to rile 55(a) Fed.R.Civ.P | 0.25 | $43.75 |
| 4/28/2008 | Robert | Time | Review of United States' Reply in Support of Motion to Dismiss Without Leave to Amend; Motion for Enlargement of Time. | 0.50 | $87.50 |

EXHIBIT "A"

Trinidad vs. Wiseman
Civil No. 08-0004
Robert T. Torres Fees

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/2/2008 | Robert | Time | Review of PLEADINGS BY JOHN PANGELINAN re: motion for declaratory judgement as to the 97 case and motion to strike the reply brief | 0.50 | $87.50 |
| 5/6/2008 | Robert | Time | Review of PANGELINAN's motion to strike replies and motion for declaratory judgement. DRAFT opposition to motion to strike and motion for summary judgement. | 1.25 | $218.75 |
| 5/6/2008 | Robert | Time | Drafting of Opposition of Angelito Trinidad, Ronnie Palomo, Herman Tejada Esperanza David, and Antonio Alovera to Ex Parte Motion to Strike Replies | 0.75 | $131.25 |
| 5/6/2008 | Robert | Time | Drafting of Opposition of Angelito Trinidad, Ronnie Palomo, Herman Tejada Esperanza David, and Antonio Alovera to Motion for Declaratory Judgment and for Writs of Coram Nobis vacating and nullifying and dismissing said Civil and Criminal Cases and Motion to Exceed Page Limit | 0.75 | $131.25 |
| 5/7/2008 | Robert | Time | Preparation for Hearing on Motions to Dismiss: reviewed notes and pleadings for hearing. | 1.75 | $306.25 |
| 5/7/2008 | Robert | Time | Attendance at Motion Hearing: Motions by John Pangelinan re: objection to appointment of Judge Tydingco-Gatewood (denied); Motions by Federal Defendants to dismiss; Motion by Alexander/ Mafnas to dismiss; Motion by Tenorio/ Torres to dismiss; and Motion by Trinidad to dismiss. | 2.50 | $437.50 |
| 5/9/2008 | Robert | Time | Review of Order Granting Motion to Dismiss without leave to amend filed by federal defendants; Granting Motion to Dismiss without leave to amend filed by United States; and Granting Motion to Dismiss, for Sanctions, and for Pre-Filing injunction, filed by non-federal defendants. | 0.25 | $43.75 |
| 5/12/2008 | Robert | Time | Review of ORDERS denying objection to designation of Judge Gatewood; Order Denying Objections to late filing; Declaration of John S. Pangelinan | 0.50 | $87.50 |
| 5/12/2008 | Robert | Time | Review of John S. Pangelinan Certificate of Service, Decl. of John S. Pangelinan that he received in the mail a copuy of U.S's reply in support of U.S's Motion to Dismiss without leave to amend; Motion for Enlargement of Time to May 2, 2008, certificate of service Mikel W. Schwab and Certificate of Service of Virginia G. Lago and Minutes of the Unitied States District Court for the Northern Marianas Islands | 0.50 | $87.50 |
| 5/22/2008 | Robert | Time | Review of Consolidated Motion for Reconsideration and Withdrawal, Pursant to Rule 59 or 60 (b), All Orders of this Court issued on May 7 and 2 2008; Notice of Hearing; Memorandum in Support of the Motion | 0.25 | $43.75 |
| 5/22/2008 | Robert | Time | Review of Order Denying Plaintiff's "Consolidated Motion for Reconsideration and Withdrawl, Pursuant to Rule 59 ot 60 (b), All Orders this Court issued on May | 0.25 | $43.75 |

Trinidad vs. Wiseman
Civil No. 08-0004
Robert T. Torres Fees

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | 07 and 08, 2008. Review Individual Federal Defendants' Opposition to Plaintiff's Consolidated Motion for Reconsideration and Withdrawl Pursuant to Rules 59 or 60 (b) filed by U.S Department of Justice, Civil Division, Torts Branch, Review the Errata to Rder Denying Plaintiff's" Consolidated Motion for Reconsideration and Withdrawl. | | |
| 5/27/2008 | Robert | Time | Review of Pleading by John S. Pangelinan offering cause why he should not be declared as a vexatious litigant | 0.50 | $87.50 |
| | | | | | |
| | | | | | |
| | | | **TOTAL HURS AND AMOUNT BY ATTORNEY ROBERT TO TORRES.......** | **15.50** | **$ 2,656.25** |