Trinidad vs. Wiseman
Civil No. 08-0004
Associate Counsel's Time

| DATE | STAFF | T/E | DESCRIPTION | DUR/QTY | AMOUNT |
|---|---|---|---|---|---|
| 2/6/2008 | Lillian Tenorio | Exp. | Reviewed draft motion to dismiss; sanctions; prefiling injuction; reviewed cases and checked citations; made corrections. | 2.00 | $ 300.00 |
| 2/13/2008 | Lillian Tenorio | Exp. | Reviewed Memorandum in Support of Motion to Dismiss for Roy Alexander and Rufo Mafnas. Mde changes/ reviewed cases cited, checked citations and docket sheet. Went to Westlaw to review cases. | 3.00 | $ 450.00 |
| 2/13/2008 | Lillian Tenorio | Exp. | Reviewed draft memorandum in support of Motion to Dismiss by Torres and Tenorio; reviewed cited cases on Westlaw, check citations and made necessary revisions. | 2.00 | $ 300.00 |
| 2/14/2008 | Lillian Tenorio | Exp. | Reviewed draft Memorandum and re-drafted conspiracy claim to compert with precedent. | 1.00 | $ 150.00 |
| 2/28/2008 | Lillian Tenorio | Exp. | Reviewed Opposition filed against Motions to Dismiss (Attorneys, Trinidad Plaintiffs, and Alexander and Mafnas. | 0.50 | $ 75.00 |
| 4/01/208 | Lillian Tenorio | Exp. | Reviewed all three Replies drafted by paralegal and made several revisions (work performed 3/5/2008) | 1.25 | $ 187.50 |
| 4/1/2008 | Lillian Tenorio | Exp. | Checked the citations on the Replies (Trinidad Plaintiffs, Alexander and Mafnas and Attorneys); noted discrepancies and revised accordingly - worked performed March 7, 2008. | 0.75 | $ 112.50 |
| 4/17/2008 | Lillian Tenorio | Exp. | Reviewed Motion to Dismiss without leave to amend and Memorandum filed by federal defendants. Internet research on difference between dismissal with prejudice and without leave to amend -- same effect. | 0.50 | $ 75.00 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | **TOTAL HOURS AND AMOUNT BY ASSOCIATE COUNSEL.....** | **11.00** | **$ 1,650.00** |


EXHIBIT "B"