Trinindad vs. Wiseman
Civil no. 08-0004
Paralegal's Time

| DATE | STAFF | T/E | DESCRIPTION | DUR/QTY | AMOUNT |
|---|---|---|---|---|---|
| 2/1/2008 | Phyllis Ain | Exp. | Review history of Pangelinan filings, Court Orders and sanctions. Review Complaint. Prepare statement of facts for Trinidad Plaintiffs and Attorney-Agent defendants. Review state actor requirements and theories of conspiracy referenced in complaint for future Motion to Dismiss | 4.00 | $ 360.00 |
| 2/2/2008 | Phyllis Ain | Exp. | Review pleadings in Civil Action 97-0073 to develop factual record; review cases addressing requirement for pre-filing injunction; review cases law addressing whether resjudicata defense should be raised as an answer under Rule 8© or whether it can be raised by Rule 12; review exceptions to res-judicata application; write res judicata argument. | 5.00 | $ 450.00 |
| 2/3/2008 | Phyllis Ain | Exp. | Revise Memorandum; complete final argument calling for imposition of pre-filing injuction. | 4.00 | $ 360.00 |
| 2/5/2008 | Phyllis Ain | Exp. | Draft Statement of facts for Mafnas and Alexander. Review requirements of and distinctions between judical sales and execution sales to rebut Pangelinan attempt to challenge sale of Papago Property on these grounds. Review elements of claim for retaliatory criminal prosecution in response to the assertion of First Amendment Right. | 5.00 | $ 450.00 |
| 2/6/2008 | Phyllis Ain | Exp. | Review pleadings and docket sheets to inset record cites. Draft Argument dismissing claim for retaliatory prosection; research claim for retaliatory denial of due process of law. | 4.00 | $ 360.00 |
| 3/1/2008 | Phyllis Ain | Exp. | Review Oppositions to Motion to Dismiss; outline arguments; draft replies. | 4.00 | $ 360.00 |
| 3/5/2008 | Phyllis Ain | Exp | Westlaw research concerning availability of declaratory relief when issues are barred by res judicata and/or collateral estoppel; review Harmon to refute Pangelinan parallel argument; review case cited by Pangelinan in support of retaliatory due process argument. Revise replies. | 2.00 | $ 180.00 |
|  |  |  |  |  | $ - |
|  |  |  | **TOTAL HOURS AND AMOUNT BY PARALEGAL …..** | 28.00 | $ 2,520.00 |


EXHIBIT "C"