F I L E D
Clerk
District Court

JUN - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN S. PANGELINAN, | ) | Civil No. 08-0004 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| DAVID A. WISEMAN, ALEX R | ). | |
| MUNSON, CRAIG MOORE, | ) | |
| MARGARITA D.L.G. WONEN- | ) | |
| BERG, MELINDA N. BRUNSON, | ) | |
| JOSEPH AUTHER, DONALD | ) | |
| HALL, WOLF CALVERT, LILLIAN | ) | |
| A. TENORIO, ROBERT T. | ) | |
| TORRES, ROY ALEXANDER, | ) | |
| RUFO MAFNAS, ANGELITA | ) | |
| TRINIDAD, RONNIE PALERMO, | ) | |
| HERMAN TEJADA, ESPERANZA | ) | |
| DAVID, ANTONIO ALOVERA, | ) | |
| and UNITED STATES OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants | ) | |

AO 72
(Rev. 08/82)

PURSUANT TO the Orders of this Court; NOW, THEREFORE,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Judgment be and hereby is entered in favor of all Defendants and against Plaintiff;

2. As an award of sanctions against Plaintiff, Attorney Robert T. Torres is awarded attorney's fees in the amount of $6,651.25 and costs, pursuant to 28 U.S.C. § 1920, in the amount of $282.00.

IT IS SO ORDERED.

DATED this 3rd day of June, 2008.

_____
FRANCES TYDINGCO-GATEWOOD
Judge

2