**FILED**

SEP 05 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
District Court

SEP 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>DAVID A. WISEMAN; et al.,<br><br>        Defendants - Appellees. | No. 08-16310<br><br>D.C. No. 1:08-cv-00004-FTG<br>District of the Northern Mariana Islands<br><br>ORDER |

The court has received appellant's motion to proceed in forma pauperis. The motion, however, is not accompanied by a completed financial affidavit. Within 21 days after the date of this order, appellant shall complete a Form 4 financial affidavit. Failure to comply with this order may result in the denial of the motion to proceed in forma pauperis.

The Clerk shall serve a Form 4 financial affidavit on appellant.

                FOR THE COURT:

                Molly Dwyer
                Clerk of Court

                By: Elizabeth Coleman
                Motions Attorney/Deputy Clerk
                9th Cir. R. 27-7
                General Orders/Appendix A

ec/MOATT